In the Matter of MARGARET FLEMING, Respondent, v. RAOUL P. FLEMING, Appellant.— Order of the Domestic Relations Court of the City of New York reversed on the law and the petition dismissed. Upon the facts shown, the court,

* Motion for leave to appeal denied, 265 N. Y. 602.

† Appeal dismissed, 265 N. Y. 505; revd., Id. 545.

under the Domestic Relations Court Act,* was without jurisdiction of the person of the appellant and the order made is null and void. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

* See Laws of 1933, chap. 482